UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   1:12 CR 285 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| JESSI WHITE, | ) | MEMORANDUM OPINION |
| Defendant. | ) | AND ORDER |

This matter comes before the Court upon Defendant, Jessi White's Motion to Modify or Reduce Sentence Under 3582(c)(2) and Pursuant to the Retroactive Application of Amendments 782 of the Sentencing Guidelines. (ECF # 2117).  This is Mr. White's second request for relief under this provision.  He had an appointed attorney assisting him during his first request. (ECF #1482).  The government opposed his first request and that request was denied by this Court based on public safety considerations. (ECF #1487, 1509).

Mr. White was sentenced to 71 months, the highest end of the guideline range, on February 6, 2013.  He was subject to a mandatory minimum 60 months.  In October of 2015, less than three years into his sentence, the Bureau of Prisons transferred him to a halfway house for residential re-entry.  He failed, at least once, to return following an approved departure from the facility.  Subsequently he left the facility without permission and engaged in drug trafficking activities including selling cocaine and heroin.  He was convicted in state court for these offenses and was prosecuted federally for the escape from the facility.  (*USA v. White*, Case No. 1:19 CR

371).   Though he has filed his motion under his first case number, it is unclear whether he is still serving time on his first conviction, or whether he has completed that sentence is now serving either his state or federal escape sentence.  In any event, Mr. White's demonstrated danger to the community and the attendant need to keep Mr. White incarcerated for the full length of his original sentence is only highlighted by the events that occurred following the denial of his first request for modification.  His motion is DENIED.  (ECF #2117).  IT IS SO ORDERED.


    /s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED:   October 22, 2021